U.S. Department of Justice
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

#5

Division: Atlanta
(USAO: 2012R01095)

FILED IN OPEN COURT
U.S.D.C. Atlanta

SEP 2 7 2016

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO.  1:16-CR-346

MAGISTRATE CASE NO.

X Indictment            Information            Magistrate's Complaint
DATE: September 27, 2016   DATE:               DATE:

UNITED STATES OF AMERICA
vs.
Derrick Lawson

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

Is the defendant in custody?   No
Will the defendant be arrested pending outcome of this proceeding?   Yes
Is the defendant a fugitive?   No
Has the defendant been released on bond?   No

Will the defendant require an interpreter?   No

District Judge:

Attorney: Alana Black
Defense Attorney: